UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK        X


Bryan Christian,
           plaintiff

**14 CV 9802**

COMPLAINT
42 U.S.C. 1983

    - against -

Jury TrialDemand


Police Officer John Doe
79th Precinct
Dr. John Doe
Dr. Jane Doe
Woodhall Hospital,
           defendants

                       X

DEC - 9 2014


        Please  take notice that the above named plaintiff
will proceed with this action against the named defendants in
thier official and individual capacities.

    1.   Bryan Christian - Plaintiff
       1818 Hazen Street
       East Elmhurst, N.Y. 11370


    2.   Police Officer John Doe - Arresting Officer
       79th Precinct
       263 Tompkins Ave.
       Brooklyn, N.Y. 11216

       Dr. John Doe

       Dr. Jane Doe

       Woodhall Hospital
       Flushing Ave.
       Brooklyn, new York

## STATEMENT OF FACTS

3.  On Wednesday August 6, 2014 at approximately 11:45 a.m., I was being chased by a group of men in the Bedford-Styvesant section of Brooklyn.

4.  This chase was the result of an alleged Robbery that took place moments earlier where one of the men from the group indicated to the other men that I was an accomplice to a suspect who fled the scene.

5.  I eventually grew tired and couldn't run anymore when the group of men finally caught up to me.

6.  At this point I was attacked where I was Choked, punched, kicked, and then wrestled to the ground when one man out of the group yelled, ' Hold for the police ! '.

7.  While I was pinned to the ground by these men ( a group of up to five(5) or six(6)), by thier knees , feet, and hands, the po9lice arrived on the scene.

8.  Officers dashed from their cars in which Police Officer John Doe snatched my left arm while I was still on the ground, squeezed a bracelet to a set of handcuffs all the way tight on my left wrist until it could be closed no more, pulled this same arm up while twisting it in a counter clock direction and forced it behind my back where this officer then handcuffed my right wrist.

9.  While I was suffering excruciating pain from my left wrist,  this Officer then lifted me off the ground by the same left arm causing additional pain, and as I yelled, ' This cuff is to tight. You're breaking my arm. Can you please loosen the handcuff ?', this officer pulled me to his patrol car where I was  pushed into back seat.

- 2 -

10. Shortly after we arrived at the 79th precinct despite demanding that the Officer take me to the scene of the alleged robbery where it could be determined that I did not commit robbery against anyone.

11. While at the precinct I complained of being in pain, particularlly my left wrist, behind my left ear where I suffered a blow from one of the men in the group that gave chase, and to right ankle which had been swollen by this time.

12. Some time after arrivingf at the precinct, I was awakened by what appeared to be a medical staff who offered me a gown after being told I deficated on myself as a result of the occuring events.

13. From what I remember at this Point I was trying to make out what questions were being asked when I thought I heard a unintelligible question and demanded these individuals to leave me alonwe.

14. Still experiencing pain, I remember being told that I would be taken to the hospital. This was early on the morning of Friday August 8, 2014, almost two(2) days later.

15. Once arriving at the hospital, I remember complaining about a lump/bruise behind my left ear along with swelling on my right ankle, mt left wrist and my right thumb.

16. An x-ray was taken of my right thumb and right ankle, although nothing was done about my left wrist and the bruise behind my left ear.

17. Sometime after the x-rays were done a female staff who I believed to be a doctor explained that I would be prescribed pain medication and she also wrapped my right ankle with an aqce bandange.

18. I inquired as to the bruise behind my ledft ear and the pain from my left wrist and this female staff responded by saying, ' take the medication '.

19. I was discharged from Woodhall Hospital on the morning Friday August 8, 2014.

20. Approximately three(3) weeks later I was seen by a Doctor on Riker's Island. Thuis Doctor issued a cane to assist me, and ordered x-rays for the areas where I was still experiencing pain.

21. I still take pain medication and await the x-ray results.

22. This plaintiff has noit brought the facts in this action to any other Court, State nor Federal.

23. This plaintiff has filed civil actions in the past. The first was filed approximately in 2000 and was heard before The Honorable Judge Charles Brient and was settled for $5,500.00. The second was also filed in the Southern District, althought I cannot recall the Judge, and this case was subsequently dismissed due to my failure to prosecute the case. The latter was filed approximately 2011.

24. This plaintiff now seeks relief from the Court in that the police officer who executed the arrest, did so with a force which was not necessary as the plaintiff maintained innocence and still did not resist the officer's actions.

25. The excessive force applied by this officer caused injury to this plaintiff who still experiences pain. The same force additionally violated rights of the plaintiff which are protected by United States Constitution under the 8th and 14th Amendments.

26. Dr. John and Jane Doe failed to provide due care to this plaintiff and there caused plaintiff to experience additional and unnecessary painñ. No x-ray was done to the left wrist nor was ther any such check up involving the bruise behind my left ear.

27. Based on information and belief the practices at woodhall Hospital neglect to provide due care to patients who are accompanied by Law Enforcement Officers.

- 4 -

28. The acts and non-acts of Dr.'s John and Jane Doe, along with Woodhall Hospital has placed this plaintiff at risk for additional unneccessary pain and injuries thereby violating rights which are safeguarded by the Constitution of The United States.

29. Where the facts in this case will disclose the plaintiff's rights have been violated, the plaintiff must be compensated in the amount of $1,000,000.00.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ____11____ day of October 2014 .

_____
Notary Public

NKECHI IGBO
NOTARY PUBLIC-STATE OF NEW YORK
No. 01IG6163948
Qualified in Queens County
My Commission Expires April 09, 2015

_____
Bryan Christian  #825-14-00991

1818 HAZEN STREET
EAST ELMHURST, N.Y. 11370

- 5 -